OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**1/8/2015 PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R        $ 00.26⁵
0002003152   JAN 15
MAILED FROM ZIP CODE 78701

**GREEN, BUDDY DELBERT**   Tr. Ct. No. 114-0218-07-A    WR-78,655-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, C

BUDDY DELBERT GREEN
TAYLOR COUNTY JAIL
910 SOUTH 27TH STREET
ABILENE, TX 79602

U TF

AVRS3B  79602